

qiucheninf

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

APR 30 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00012 |
|---|---|
| Plaintiff, | ) **INFORMATION** |
| vs. | ) **ILLEGAL ENTRY** |
| QUI BAO CHEN, | ) [8 U.S.C. § 1325(a)(1) |
| | ) 6 U.S.C. §§ 251 & 557] |
| Defendant. | ) (Misdemeanor) |

THE UNITED STATES ATTORNEY CHARGES:

On or about March 25, 2008, in the District of Guam, the defendant herein, QUI BAO CHEN, did knowingly enter the United States at a time and place other than as designated by immigration officers, in violation of Title 8, United States Code, Section 1325(a)(1) and Title 6, United States Code, Sections 251 and 557.

DATED this 30 day of April 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Frederick A. Black
FREDERICK A. BLACK
Assistant U.S. Attorney

**Criminal Case Cover Sheet**                                **U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **08-00012**
Same Defendant _____ New Defendant __x__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**RECEIVED APR 30 2008**
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Defendant Information:**

Juvenile: Yes ___ No _X_    Matter to be sealed: ___ Yes _x_ No

Defendant Name     __Qiu Bao Chen__

Alias Name     _____

Address     _____

              __China__

Birthdate __Xx/xx/1960__ SS# ___ Sex _M_ Race _A_ Nationality __Chinese__

**U.S. Attorney Information:**

AUSA ___Frederick A. Black___

**Interpreter:** ___ No _X_ Yes    List language and/or dialect: ___Chinese/Mandarin___

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__      ___ Petty _X_ Misdemeanor ___ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 8 USC 1325(a)(1)<br>6 USC 251 & 557 | Illegal Entry | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __4-30-08__    Signature of AUSA: __Fred A. Black__