LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00012 |
| Plaintiff, | |
| vs. | **O R D E R**<br>**re United States' Request for**<br>**Issuance of Warrant** |
| QUI BAO CHEN, | |
| Defendant. | |

Upon the filing of an Information and the request of the government,

IT IS SO ORDERED that a warrant be issued for the above-named defendant.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: May 01, 2008**