AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     GUAM

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| QUI BAO CHEN | Case Number: MJ-08-00012-001 |

**To:** The United States Marshal
and any Authorized United States Officer

**RECEIVED MAY 02 2008 DISTRICT COURT OF GUAM HAGATNA, GUAM**

YOU ARE HEREBY COMMANDED to arrest    **QUI BAO CHEN**
                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- ☐ Indictment
- ☑ Information
- ☐ Complaint
- ☐ Order of court
- ☐ Pretrial Release Violation Petition
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation
- ☐ Violation Notice

**RECEIVED MAY 01 2008 US MARSHALS SERVICE-GUAM**

charging him or her with (brief description of offense)

Illegal Entry, 8 U.S.C. § 1325(a)(1), 6 U.S.C. §§ 251 and 557

**FILED DISTRICT COURT OF GUAM MAY 02 2008**

☐ in violation of Title _____ United States Code, Section(s) _____

**JEANNE G. QUINATA Clerk of Court**

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☐ in violation of the conditions of his or her supervision imposed by the court.

| MARILYN B. ALCON | Marilyn B. Alcon |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| Deputy Clerk | 05/01/2008     Hagatna, Guam |
| Title of Issuing Officer | Date and Location |

## RETURN

This warrant was received and executed with the arrest of the above-named individual at

Hagatna, Guam

| DATE RECEIVED 5/1/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 5/2/08 | EDWIN FEJERAN / SA, US ICE | [signature] |

Case 1:08-mj-00012    Document 4    Filed 05/02/2008    Page 1 of 2

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME:  QUI BAO CHEN

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____  WEIGHT: _____

SEX: _____  RACE: _____

HAIR: _____  EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____