# DISTRICT COURT OF GUAM

# TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 08-00012 |
|---|---|
| Plaintiff, | |
| vs. | |
| **QUI BAO CHEN,** | **APPOINTMENT ORDER** |
| Defendant. | |

IT IS HEREBY ORDERED that **SAMUEL S. TEKER** is appointed to represent the defendant in the above-entitled case.

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**
**Dated: May 02, 2008**