# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# CHANGE OF PLEA

CASE NO.: MJ-08-00012-001        DATE: June 26, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding

| | |
|---|---|
| Law Clerk: Judith P. Hattori | Court Recorder: Francine A. Diaz |
| Courtroom Deputy: Francine A. Diaz | Electronically Recorded: 1:41:01-1:56:32 |

**APPEARANCES:**

| | |
|---|---|
| Defendant: Qui Bao Chen | Attorney: Samuel Teker |
| ☑ Present ☑ Custody ☐ Bond ☐ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Frederick A. Black | U.S. Agent: |
| U.S. Probation: Carmen O'Mallan | |
| Interpreter: Julia Berg | Language: Mandarin |

**PROCEEDINGS: Change of Plea**

- Defendant sworn and examined.
- Defendant advised of his rights, charges and penalties.
- Plea entered: Guilty Count I
- Plea: Accepted.
- Sentencing set for: September 24, 2008 at 9:30 a.m.
- Draft Presentence Report due to the parties: August 20, 2008
- Response to Presentence Report: September 3, 2008
- Final Presentence Report due to the Court: September 17, 2008
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention

NOTES: Probation was requested to expedite, if at all possible, the Presentence Report so that sentencing could be held sooner.