1  qiuchenerratum

LEONARDO M. RAPADAS
United States Attorney
FREDERICK A. BLACK
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) MAGISTRATE CASE NO. 08-00012 |
|---|---|
| Plaintiff. | ) |
| vs. | ) **ERRATUM** |
| QIU BAO CHEN, | ) **INFORMATION** |
| Defendant. | ) |

COMES NOW the United States and hereby files with the Court an Erratum to correct the filed information in the above case, to reflect the correct spelling of the defendant's name, from QUI BAO CHEN to the correct spelling of QIU BAO CHEN .

                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and NMI

                              By:   /s/ Frederick A. Black
                                    FREDERICK A. BLACK
                                    Assistant U.S. Attorney